**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2152**

---

In re: RICKEL MARQUAVIUS DANI JEFFRIES,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Greenville.  (6:25-cv-12313-TMC)

---

Submitted:  November 25, 2025                    Decided:  December 4, 2025

---

Before HEYTENS and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Rickel Marquavius Dani Jeffries, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rickel Marquavius Jeffries petitions for a writ of mandamus, seeking an order from this court directing the district court to appoint counsel for Jeffries in his pending 42 U.S.C. § 1983 action.  Our review of the district court docket reveals that the district court recently denied Jeffries's motion for the appointment of counsel and entered a final order dismissing his § 1983 complaint.  *Jeffries v. Gen. Assembly of S.C.*, No. 6:25-cv-12313-TMC (D.S.C. Nov. 19, 2025).  Accordingly, because the case is no longer pending before the district court, we deny the mandamus petition as moot.[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] A mandamus petition may not serve as a substitute for appeal.  *See In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

2